JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CLEOTILDE LOPEZ,

   Plaintiff,

  v.

FCA US LLC; and DOES 1 through 10, inclusive,

   Defendants.

Case No. 2:25-cv-12026-SVW-MAR

Hon. Stephen V Wilson

**~~[PROPOSED]~~ JUDGMENT**

  The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

  1.  Plaintiff CLEOTILDE LOPEZ ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 5, 2026.

  2.  Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $70,000.00 pursuant to the terms of the Rule 68 Offer.

  **IT IS SO ORDERED.**

Date: May 13, 2026

_____
Hon. Stephen V Wilson
UNITED STATES DISTRICT JUDGE

1

**~~[PROPOSED]~~ JUDGMENT**