# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOTILDE LOPEZ,<br><br>     Plaintiff,<br><br>   vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:25-cv-12026-SVW-MAR<br><br>Hon. Stephen V. Wilson<br><br>~~[PROPOSED]~~ ORDER |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff CLEOTILDE LOPEZ ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $9,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $9,500.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiff by August 13, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: ___May 20, 2026_____

_____
Hon. Stephen V. Wilson
District Court Judge

1

~~[PROPOSED]~~ ORDER