JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEOTILDE LOPEZ,<br>Plaintiff,<br>vs.<br>FCA US, LLC.; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-12026-SVW-MAR<br><br>District Judge: Stephen V. Wilson<br>Magistrate Judge: Hon. Margo A. Rocconi<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: September 2, 2026

[signature]

Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE